AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>James Donald Cooley<br><br>*Defendant* | ) ) Case No. 3:21-cr-00401-SI<br>) ) ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/11/2022

*Defendant's signature*

*Signature of defendant's attorney*

Mark Ahlemeyer
*Printed name of defendant's attorney*

*Judge's signature*

Honorable Magistrate Stacie F. Beckerman
*Judge's printed name and title*